[No. 47253-8-II.   Division Two.   March 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON MAURICE MYLAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 14-1-00325-0, George L. Wood, J., entered February 19, 2015. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Lee and Melnick, JJ.

[No. 47391-7-II.   Division Two.   March 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW CHRISTOPHER WATKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 87-1-02347-0, Jack F. Nevin, J., entered August 15, 2014. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Sutton, JJ.

[No. 32769-8-III.   Division Three.   March 15, 2016.]

WASHINGTON COUNTIES RISK POOL, *Respondent*, v. TAMARA MARIE CORTER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Douglas County, No. 14-2-00039-9, John Hotchkiss, J., entered August 22, 2014. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32799-0-III.   Division Three.   March 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN MANUAL REYES, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 14-1-50125-0, Vic L. VanderSchoor, J., entered September 30, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.